980 So.2d 1193 (2008)
A.W., Mother of C.D., R.W., N.W., D.W., Minor Children, Appellant,
v.
DEPARTMENT OF CHILDREN AND FAMILIES, Appellee.
No. 1D07-5973.
District Court of Appeal of Florida, First District.
April 30, 2008.
Ryan Mynard, Crestview, for Appellant.
Katie George and Eric D. Schurger, Department of Children and Families, Pensacola; Ama Appiah, Guardian Ad Litem, Orlando, for Appellee.
*1194 PER CURIAM.
AFFIRMED. See J.D. v. Department of Children & Families, 825 So.2d 447, 447 (Fla. 1st DCA 2002).
LEWIS and THOMAS, JJ., concur; BENTON, J., dissents.